**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  11-cv-01394-LTB-BNB

HEATHER RITTER,

       Plaintiff,

v.

WAKEFIELD & ASSOCIATES; and
DOES 1-10, inclusive,

       Defendants.

---

**ORDER**

---

THIS MATTER having come before the Court on the Plaintiff's Notice of Withdrawal of Complaint and Voluntary Dismissal of Action With Prejudice Pursuant to Rule 41(a) (Doc 4 - filed August 9, 2011), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                 BY THE COURT:

                                   s/Lewis T. Babcock
                                 Lewis T. Babcock, Judge

DATED:   August 10, 2011